# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

NAVJOT SINGH,

        Petitioner,

        vs.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,

        Respondent.

1:25−CV−01690−JLT−SKO (HC)

ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis. The petition will be screened in due course.

SO ORDERED.

    DATED: 12/1/25                               /s/ Sheila K. Oberto
                                                        United States Magistrate Judge